| | |
|---|---|
| 1 | STEVEN M. SELNA (SBN #133409) |
| | steven.selna@dbr.com |
| 2 | JOHN J. POWERS (SBN #145623) |
| | john.powers@dbr.com |
| 3 | BETH O. ARNESE (SBN #241186) |
| | beth.arnese@dbr.com |
| 4 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 5 | San Francisco, CA 94105-2235 |
| | Telephone: (415) 591-7500 |
| 6 | Facsimile: (415) 591-7510 |
| 7 | Attorneys for Defendant |
| | JOHNSON & JOHNSON CONSUMER |
| 8 | COMPANIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKA JURGENS, individually and on behalf of all others similarly situated, | Case No. C 09-02530 JCS |
| | ORDER |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANT JOHNSON & JOHNSON CONSUMER COMPANIES, INC. TO FILE RESPONSIVE PLEADING UNTIL AUGUST 21, 2009** |
| v. | |
| JOHNSON & JOHNSON CONSUMER COMPANIES, INC., a New Jersey corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING
SF01/645529.1

CASE NO. C 09-02530 JCS

1   PLAINTIFF MONIKA JURGENS AND DEFENDANT JOHNSON & JOHNSON
2   CONSUMER COMPANIES, INC. ("Johnson & Johnson"), by and through their respective
3   attorneys of record hereby stipulate and agree to the following:
4       Johnson & Johnson is permitted an extension of time up to and including August 21,
5   2009, to respond to Plaintiff's Complaint.
6       IT IS SO STIPULATED.

7   Dated: July 16, 2009      DRINKER BIDDLE & REATH LLP

By: _____
Steven M. Selna

Attorneys for Defendant
JOHNSON & JOHNSON CONSUMER
COMPANIES, INC.

Dated: July 16, 2009      MILSTEIN, ADELMAN & KREGER, LLP

By: _____
Jennifer B. Steinberg

Attorneys for Plaintiff
MONIKA JURGENS

Date: July 17, 2009

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING
SF01/645529.1

- 2 -

CASE NO. C 09-02530 JCS