| | |
|---|---|
| 1 | STEVEN M. SELNA (SBN #133409) |
|   | steven.selna@dbr.com |
| 2 | JOHN J. POWERS (SBN #145623) |
|   | john.powers@dbr.com |
| 3 | BETH O. ARNESE (SBN #241186) |
|   | beth.arnese@dbr.com |
| 4 | DRINKER BIDDLE & REATH LLP |
|   | 50 Fremont Street, 20th Floor |
| 5 | San Francisco, CA  94105-2235 |
|   | Telephone:     (415) 591-7500 |
| 6 | Facsimile:      (415) 591-7510 |

Attorneys for Defendant
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKA JURGENS, individually and on behalf of all others similarly situated, | Case No. C 09-02530 ~~JCS~~ MHP |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANT JOHNSON & JOHNSON CONSUMER COMPANIES, INC. TO FILE RESPONSIVE PLEADING UNTIL SEPTEMBER 21, 2009** |
| v. | |
| JOHNSON & JOHNSON CONSUMER COMPANIES, INC., a New Jersey corporation; and DOES 1 through 100, inclusive,, | |
| Defendants. | |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING
SF01/ 645529.1

CASE NO. C 09-02530 JCS

1  PLAINTIFF MONIKA JURGENS AND DEFENDANT JOHNSON & JOHNSON
2  CONSUMER COMPANIES, INC. ("Johnson & Johnson"), by and through their respective
3  attorneys of record hereby stipulate and agree to the following:
4      Johnson & Johnson is permitted an extension of time up to and including September 21,
5  2009, to respond to Plaintiff's Complaint.
6      IT IS SO STIPULATED.

7  Dated: August 19, 2009      DRINKER BIDDLE & REATH LLP

9  By:/s/ Steven M. Selna /s/
    Steven M. Selna

11  Attorneys for Defendant
JOHNSON & JOHNSON CONSUMER
COMPANIES, INC.

13  Dated: August 19, 2009      MILSTEIN, ADELMAN & KREGER, LLP

15  By: /s/ Jennifer B. Steinberg /s/
    Jennifer B. Steinberg

17  Attorneys for Plaintiff
MONIKA JURGENS

---

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING      - 2 -      CASE NO. C 09-02530 JCS
SF01/ 645529.1

| | |
|---|---|
| 1 | STEVEN M. SELNA (SBN #133409) |
| | steven.selna@dbr.com |
| 2 | JOHN J. POWERS (SBN #145623) |
| | john.powers@dbr.com |
| 3 | BETH O. ARNESE (SBN #241186) |
| | beth.arnese@dbr.com |
| 4 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 5 | San Francisco, CA  94105-2235 |
| | Telephone:     (415) 591-7500 |
| 6 | Facsimile:      (415) 591-7510 |

Attorneys for Defendant
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKA JURGENS, individually and on behalf of all others similarly situated, | Case No. C 09-02530 ~~JCS~~  MHP |
| Plaintiffs, | **[~~PROPOSED~~] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| JOHNSON & JOHNSON CONSUMER COMPANIES, INC., a New Jersey corporation; and DOES 1 through 100, inclusive,, | |
| Defendants. | |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER EXTENDING TIME TO FILE
RESPONSIVE PLEADING
SF01/ 650529.1

CASE NO. C 09-02530 JCS

1   Based upon the stipulation of the parties and for good cause shown, Defendant Johnson &
2   Johnson Consumer Companies, Inc. is permitted an extension of time up to and including
3   September 21, 2009, to respond to Plaintiff's Complaint.

5   IT IS SO ORDERED.

7   Dated: August  20 , 2009

The Honorable Marilyn Hall Patel
District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER EXTENDING TIME TO FILE
RESPONSIVE PLEADING
SF01/ 650529.1

- 2 -

CASE NO. C 09-02530 JCS