1  STEVEN M. SELNA (SBN #133409)
   steven.selna@dbr.com
2  JOHN J. POWERS (SBN #145623)
   john.powers@dbr.com
3  BETH O. ARNESE (SBN #241186)
   beth.arnese@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, CA  94105-2235
   Telephone:     (415) 591-7500
6  Facsimile:      (415) 591-7510

7  Attorneys for Defendant
   JOHNSON & JOHNSON CONSUMER
8  COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MONIKA JURGENS, individually and on behalf of all others similarly situated, | Case No. C 09-02530 MHP |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANT JOHNSON & JOHNSON CONSUMER COMPANIES, INC. TO FILE RESPONSIVE PLEADING** |
| v. | |
| JOHNSON & JOHNSON CONSUMER COMPANIES, INC., a New Jersey corporation; and DOES 1 through 100, inclusive,, | |
| Defendants. | |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING
SF01/ 654020.1

CASE NO. C 09-02530 MHP

PLAINTIFF MONIKA JURGENS AND DEFENDANT JOHNSON & JOHNSON CONSUMER COMPANIES, INC. ("Johnson & Johnson"), by and through their respective attorneys of record hereby stipulate and agree to the following:

Johnson & Johnson is permitted an extension of time up to respond to Plaintiff's Complaint until 7 (seven) calendar days after the Judicial Panel on Multidistrict Litigation (*MDL 2091, In Re: Children's Personal Care Products Liability Litigation*) issues a decision regarding the transfer of this case to the District of New Jersey for consolidated pretrial proceedings.

IT IS SO STIPULATED.

Dated: September 17, 2009                    DRINKER BIDDLE & REATH LLP


By:/s/Steven M. Selna
    Steven M. Selna

Attorneys for Defendant
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

Dated: September 17, 2009                    MILSTEIN, ADELMAN & KREGER, LLP


By:/s/ Jennifer B. Steinberg
    Jennifer B. Steinberg

Attorneys for Plaintiff
MONIKA JURGENS

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING
SF01/ 654020.1
- 2 -
CASE NO. C 09-02530 MHP

| | |
|---|---|
| 1 | STEVEN M. SELNA (SBN #133409) |
| | steven.selna@dbr.com |
| 2 | JOHN J. POWERS (SBN #145623) |
| | john.powers@dbr.com |
| 3 | BETH O. ARNESE (SBN #241186) |
| | beth.arnese@dbr.com |
| 4 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 5 | San Francisco, CA  94105-2235 |
| | Telephone:     (415) 591-7500 |
| 6 | Facsimile:      (415) 591-7510 |

Attorneys for Defendant
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKA JURGENS, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC., a New Jersey corporation; and DOES 1 through 100, inclusive,,<br><br>                Defendants. | Case No. C 09-02530 MHP<br><br>[PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING |

///

///

///

///

///

///

///

///

///

---

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER EXTENDING TIME TO FILE
RESPONSIVE PLEADING
SF01/ 654021.1

CASE NO. C 09-02530 MHP

1  Based upon the stipulation of the parties and for good cause shown, Defendant Johnson &
2  Johnson Consumer Companies, Inc. is permitted an extension of time up to respond to Plaintiff's
3  Complaint until 7 (seven) calendar days after the Judicial Panel on Multidistrict Litigation (*MDL
4  2091, In Re: Children's Personal Care Products Liability Litigation*) issues a decision regarding
5  the transfer of this case to the District of New Jersey for consolidated pretrial proceedings.

7  IT IS SO ORDERED.

9  Dated: September __18__, 2009

    The Honorable
    District

    *IT IS SO ORDERED*
    *Judge Marilyn H. Patel*

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER EXTENDING TIME TO FILE
RESPONSIVE PLEADING
SF01/ 654021.1

- 2 -

CASE NO. C 09-02530 MHP