UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIKA JURGENS, individually and on behalf of others similarly situated,<br><br>          Plaintiff(s),<br><br>  vs.<br><br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC., et al.,<br><br>          Defendant(s). | No. C 09-2530 MHP<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT** |

A motion to dismiss was noticed in this action as well as being set by stipulation and order for January 11, 2010. Plaintiff's opposition was due pursuant to the Civil Local Rules as agreed to by the parties in the stipulation and order on or before December 23, 2009.. No timely opposition has been filed. Therefore,

IT IS HEREBY ORDERED that the hearing date for this motion is vacated and the motion is deemed submitted on the papers as unopposed and GRANTED. The Clerk of Court shall close the file.

Date: January 5, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

**ENDNOTES**